# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

PATRICIA A. PROCTOR                      PLAINTIFF

VS.              Case No. 4:19CV00453 SWW

MONSANTO COMPANY                    DEFENDANT

## ORDER

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 28th day of June 2019.

                                       AT THE DIRECTION OF THE COURT
                                       JAMES W. McCORMACK, CLERK

                                       BY: Heather Clark
                                           Courtroom Deputy to
                                           U.S. District Judge Susan Webber Wright